UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Jennifer L. Lender

Case No.: 25-13729 JNP

Chapter: 13

Hearing Date: 6/18/2025

Judge: Poslusny

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for ___Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On ___4/17/2025___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated:  4/17/2025                                          /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>Planet Home Lending, LLC<br>321 Research Parkway, Suite 303<br>Meriden, CT 06450<br><br>Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>2200 Woodland Pointe Ave<br>Herndon, VA 20171 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.