Certificate Number: 20668-NJ-DE-039625171

Bankruptcy Case Number: 25-13729



20668-NJ-DE-039625171

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 4, 2025</u>, at <u>2:04</u> o'clock <u>PM EDT</u>, <u>Jennifer L Lender</u> completed a course on personal financial management given <u>by internet</u> by <u>Andrew Finberg</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>May 4, 2025</u>

By:   <u>/s/Kathleen B Mills</u>

Name:   <u>Kathleen B Mills</u>

Title:   <u>TEN Financial Educator</u>