*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| In Re:<br><br>JENNIFER L. LENDER<br><br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 25-13729-JNP<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: August 6, 2025                                                          Respectfully submitted,

A   BF: KES                                                          ***/s/ ANDREW B. FINBERG***
via first class mail:                                                 ANDREW B. FINBERG
       JENNIFER L. LENDER                         Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE:<br><br>Jennifer L. Lender | Proceedings in Chapter 13<br><br>Case Number: 25-13729 JNP<br><br>CERTIFICATION OF DEBTOR<br>FOR DISSOLUTION OF A BUSINESS<br>WITHIN THE LAST TWO (2) YEARS |
|---|---|

I, Jennifer L. Lender, being duly sworn, upon my oath, state:

1. I had an ownership interest in the business known as __ARF, LLC__.
2. I operated the business at __—NA— Location was never opened-created__.
3. I operated the business as a

   _____ sole proprietorship    ✓ LLC    _____ LLP

   _____ partnership    _____ corp    _____ franchise

4. I started this business on __AUG 2021__.
5. I ended this business on __DEC 2022__.
6. I had an ownership interest of __33__%.   → Not active – no activity
7. I    _____ dissolved    ✓ canceled    _____ sold the business.
8. I    _____ have    _____ have not complied with all Federal and State requirements regarding the closure of this business. __LLC has not been officially closed__
9. I had bank accounts in the following financial institutions which were utilized for my business operations (include PayPal and online accounts): __NA – No accounts were established__

| Bank Name | Type of Account / Purpose | Account # (last 4 digits) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

10. I __NA__ have _____ have not closed these accounts with the bank
11. I __NA__ have _____ have not filed **final** business tax returns with the Internal Revenue Service and the State of NJ or any other state or commonwealth for all prior tax years for which I/the business was required to file a return.
12. At the time of closing, the value of my business assets, including tools, equipment, inventory, and accounts totaled $ __0__.
13. At the time of closing, I had business obligation which totaled $ __0__.

1 of 2

14. In support of this certification, and as required by the Standing Trustee, I provide the following documents (attached)

*Needs to be done*

_____ Verification of dissolution of the business from the Internal Revenue Service and/or State of New Jersey or any other state or commonwealth;

__NA__ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements; and

__NA__ Bank statements for six (6) months ending the month prior to filing OR verification that all business accounts have been closed.

I declare under penalty of perjury that the foregoing statements are true and correct. I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed.R.Bankr.P. 9011.

I declare that __✓__ I or _____ my attorney will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed.R.Bankr.P. 8011.

Date: 6-13-2025         /s/ [signature] Debtor

Date: _____         /s/ _____ Co-Debtor